MILDRED R. HERNIMAN, an Infant, etc., Respondent, v. THE NEW YORK CENTRAL RAILROAD COMPANY, Appellant.— Judgment and order affirmed, with costs. All concurred, except Foote and Merrell, JJ., who dissented.

FRANK GILHOOLEY, Respondent, v. HENRY P. BURGARD, Appellant.— Judgment and order reversed, with costs, and complaint dismissed, with costs, on the ground that the plaintiff failed to show actionable negligence. All concurred.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. DANA C. COOLEY, Appellant.— Judgment of conviction affirmed. All concurred; Lambert, J., not sitting.

JOSEPHINE PANZARELLA, as Administratrix, etc., Respondent, v. PENNSYLVANIA RAILROAD COMPANY, Appellant.— Judgment and order affirmed, with costs. All concurred.

ANNA S. KANNER, as Administratrix, etc., Respondent, v. INTERNATIONAL RAILWAY COMPANY, Appellant.— Judgment and order reversed and new trial granted, with costs to appellant to abide event. Held, that the court erred in permitting the witness to testify to the declarations of the deceased that his back was wrenched, and in view of the closeness of the case upon the facts we cannot hold that the error was not prejudicial. (See *Greener* v. *General Electric Co.*, 209 N. Y. 135.) All concurred.

CATARACT JOURNAL COMPANY, Respondent, v. LOUIS E. FULLER, Appellant, Impleaded with Others, Defendants, and CHARLES B. SMITH, Respondent.— Order affirmed, with ten dollars costs and disbursements. All concurred.

PETER GENTILE, Respondent, v. S. V. R. MALCOLM and Another, Composing the Copartnership, etc., Appellants.— Judgment and order affirmed, with costs. All concurred.

EDWIN C. SMITH and Another, Respondents, v. PURE STRAIN FARM COMPANY, Appellant, Impleaded with FREDERICK A. BROTSCH, JR., and Others.— Order affirmed, with ten dollars costs and disbursements. All concurred.

B. F. GOODRICH COMPANY, Respondent, v. ALBERT M. ZIMBRICH, Appellant.— Judgment affirmed, with costs. All concurred.

HARRY TISHKOFF and Another, Respondents, v. RUTH JOROSLOW, Appellant, Impleaded with Another.— Order affirmed, with ten dollars costs and disbursements. All concurred.

JOSIAH P. WRIGHT, Appellant, v. HUBERT E. LARKIN, as Surviving Partner, etc., and Another, Respondents, and THE PEOPLE'S BANK OF BUFFALO, Appellant. — Order affirmed, with ten dollars costs and disbursements. All concurred.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. DANIEL G. O'DAY, Appellant, v. EDWARD F. FRIES, as Treasurer of the City of Tonawanda, New York, Respondent.— Order affirmed, with costs. Held, the Special Term in its discretion was justified in refusing the writ. All concurred.